UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 09-11635-JGD |
| 434 MAIN STREET, TEWKSBURY, | ) | |
| MASSACHUSETTS, | ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER AND ORDER
## ON CLAIMANT'S MOTION TO STRIKE

On March 7, 2011, this court held a status conference pursuant to Fed. R. Civ. P. 16(a) and a hearing to consider oral argument on the "Motion to Strike Portions of Affidavit of Thomas M. Casey" (Docket No. 34), which was filed by the claimant, Russell H. Caswell, as Trustee of the Tewksbury Realty Trust.  After consideration of the parties' submissions and their oral arguments, this court hereby ORDERS as follows:

1. The claimant's motion to strike is DENIED WITHOUT PREJUDICE to the claimant's right to seek to limit Detective Sergeant Casey's testimony at trial.

2. By **April 7, 2011**, the plaintiff shall notify the court, in writing, as to whether the parties agree to participate in mediation pursuant to this court's alternative dispute resolution program.  The plaintiff shall indicate whether an agreement has been reached but shall not identify the parties' respective positions.  If the parties agree to mediation, the plaintiff shall indicate approximately when the parties would be prepared

to participate in the mediation.

3. The court adopts the following deadlines proposed by the parties in their February 28, 2011 Joint Statement:

   (a) The parties shall complete discovery by **June 15, 2011**.

   (b) Any dispositive motions shall be filed by **August 30, 2011**.

   (c) Any oppositions to dispositive motions shall be filed by **September 29, 2011**.

   (d) Any concise statement of material facts that is filed pursuant to Local Rule 56.1 in opposition to a motion for summary judgment shall include numbered paragraphs admitting or denying, paragraph by paragraph, the facts contained in the moving party's concise statement of material facts.

4. The next status conference shall take place on **June 8, 2011 at 2:30 p.m.** in Courtroom #15 on the 5th floor. At that time, the parties shall be prepared to discuss:

   (i) the status of the case; and
   (ii) scheduling for the remainder of the case through trial.

5. The parties shall submit a brief joint statement no later than five (5) business days before the conference addressing the issues itemized in paragraph 4 above.

                                        / s / Judith Gail Dein
                                        Judith Gail Dein
                                        United States Magistrate Judge

DATED: March 7, 2011