UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                          )
UNITED STATES OF AMERICA,        )
    PLAINTIFF                                    )
                                                          )   CIVIL ACTION NO.
VS.                                                    )   09-11635-JGD
                                                          )
434 MAIN STREET, TEWKSBURY,   )
MASSACHUSETTS                            )
    DEFENDANT                                )
_____)

## AMENDED ANSWER TO VERIFIED COMPLAINT *IN REM* AND JURY DEMAND

1.    Paragraph 1 states conclusions of law to which no response is required. To the extent that Paragraph 1 may be read to make allegations of fact against the Defendant, those allegations are denied.

2.    Admitted.

3.    Paragraph 3 states conclusions of law to which no response is required. To the extent that Paragraph 1 may be read to make allegations of fact against the Defendant, those allegations are denied.

4.    Paragraph 4 states conclusions of law to which no response is required. To the extent that Paragraph 1 may be read to make allegations of fact against the Defendant, those allegations are denied.

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's complaint fails to state claims upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

To the extent that the Plaintiff's allegations are true, the claimant trustee and trust beneficiaries were at all times an "innocent owner" under 18 U.S.C. § 983(d).

**THIRD AFFIRMATIVE DEFENSE**

There was no substantial connection between the Defendant property and an offense as required by 18 U.S.C. § 983(c)(3).

**FOURTH AFFIRMATIVE DEFENSE**

The claim is barred by the doctrine of estoppel.

**FIFTH AFFIRMATIVE DEFENSE**

There is no probable cause to believe that the Defendant Property was used or maintained, or intended to be used or maintained, to commit or to facilitate the commission of any violation of 21 U.S.C. 841, 846 or 856.

**SIXTH AFFIRMATIVE DEFENSE**

To the extent that the Plaintiff's allegations are true, the claim is barred by the prohibition against excessive fines provided for in the Eight Amendment of the United States Constitution.

**SEVENTH AFFIRMATIVE DEFENSE**

To the extent that the Plaintiff's allegations are true, the claim is barred by the prohibition of depriving citizens of property without due process of law as provided for in the Fifth Amendment of the United States Constitution.

**EIGHTH AFFIRMATIVE DEFENSE**

The claim is barred by the statue of limitations.

## NINTH AFFIRMATIVE DEFENSE

The property is not subject to seizure and forfeiture.

## TENTH AFFIRMATIVE DEFENSE

Title 21 USC §881 is unconstitutional because the Government is attempting to punish the Claimant for a crime without a grand jury indictment and without the safeguards of Due Process as afforded by the United States Constitution.

## ELEVENTH AFFIRMATIVE DEFENSE

The Government has waited an unduly long time in asserting its claims and such delay has prejudiced the Claimants' rights and hindered the ability to defend/respond in this case, and therefore, the Plaintiff's claims are barred by Laches.

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiff has waived any claims it may otherwise have had.

## THIRTEENTH AFFIRMATIVE DEFENSE

The equitable sharing provisions of the federal forfeiture program, including Titles 21 U.S.C. §§ 881(e)(1)(A) and (e)(3); 18 U.S.C. § 981(e)(2); 18 U.S.C. § 1963(g); and 19 U.S.C. § 1616(a), exceed the lawful powers of the federal government.  They create a means and incentive for local law enforcement agencies to unilaterally circumvent state forfeiture laws, resulting in an actual, concrete injury particular to Claimants.  Said provisions deprive the people of Massachusetts and their legislature from knowingly accepting participation in the equitable sharing program, and thereby impair state sovereignty and commandeer state and local law enforcement agencies to administer federal laws contrary to state policy in violation of the Tenth Amendment to the United

States Constitution.

## JURY DEMAND

Claimant hereby demands a trial by jury on all issues so triable.

NOW THEREFORE, Defendant and parties in interest hereby demand that the Plaintiff's claim be dismissed and that the Court enter such other orders as are just and proper.

October 6, 2011                                  Respectfully submitted,
                                                 Claimants,
                                                 By their Attorneys,

                                                 /s/ Scott Bullock_____
                                                 Scott Bullock, Esquire, *pro hac vice*
                                                 Lawrence Salzman, Esquire, *pro hac vice*
                                                 Institute for Justice
                                                 901 N. Glebe Road #900
                                                 Arlington, VA  22203
                                                 (703) 682-9320
                                                 (703) 682-9321 (fax)
                                                 sbullock@ij.org
                                                 lsalzman@ij.org


                                                 /s/ George W. Skogstrom, Jr._____
                                                 George W. Skogstrom, Jr. (BBO #552725)
                                                 Tiffany L. Pawson (BBO# 672713)
                                                 Schlossberg | LLC
                                                 35 Braintree Hill Office Park, Ste. 204
                                                 Braintree, MA 02184
                                                 (781) 848-5028
                                                 (781) 848-5096 (fax)
                                                 gskogstrom@sabusinesslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY hereby certify that the foregoing Amended Answer to Verified Complaint *In Rem* and Jury Demand was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Scott Bullock_____
Scott Bullock, Esq., *pro hac vice*