UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 09-11635-JGD |
| 434 MAIN STREET, | ) | |
| TEWKSBURY, MASSACHUSETTS, | ) | |
| Defendant, | ) | |
| _____) | | |
| | ) | |
| TEWKSBURY REALTY TRUST | ) | |
| Claimant. | ) | |
| _____) | | |

**JOINT NOTICE OF PARTIES' AGREEMENT TO PROCEED WITH BENCH TRIAL**

During a status conference that took place on May 23, 2012, the Court inquired whether the parties desired to proceed with a bench or jury trial in the above-captioned case and ordered that, during the week of May 29, 2012, the parties inform the Court of their final decision concerning trial. After conferring, the United States and Claimant Tewksbury Realty Trust, through its Trustee, Russell Caswell, hereby jointly inform the Court of the parties' intent to

proceed with a bench trial in the above-captioned case.

Respectfully submitted,

| | |
|---|---|
| CARMEN M. ORTIZ<br>United States Attorney, | RUSSELL H. CASWELL,<br>as Trustee of Claimant<br>Tewksbury Realty Trust,[1] |
| By:  */s/ Sonya Rao*<br>Sonya Rao<br>Anton Giedt<br>Veronica Lei<br>Assistant U.S. Attorneys<br>1 Courthouse Way,<br>Boston, Massachusetts 02210 | */s/ Lawrence Salzman*<br>Scott Bullock, Esq., *pro hac vice*<br>Lawrence Salzman, Esq., *pro hac vice*<br>Institute for Justice<br>Suite 9200 901 N. Glebe Road #900<br>Arlington, VA 22203<br> (703) 682-9320 |
| Dated: May 29, 2012 | */s/ George W. Skogstrom*<br>George W. Skogstrom, Jr. (BBO # 552725)<br>Tiffany L. Pawson (BBO# 672713)<br>Schlossberg \| LLC<br>35 Braintree Hill Office Park, Suite 204<br>Braintree, MA 02184<br>(781) 848-5028<br><br>Dated: May 29, 2012 |

<b><u>CERTIFICATE OF SERVICE</u></b>

I, Sonya Rao, Assistant U.S. Attorney, hereby certify that, on this date, the foregoing document was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

 */s/ Sonya Rao*
 SONYA RAO
Dated: May 29, 2012                Assistant U.S. Attorney

---

[1] Counsel for the Claimant have authorized their electronic signatures on this document.