# Attachment A

*United States v. 434 Main Street, Tewksbury*, 09-cv-11635-JGD
Specific Incidents to be Presented at Trial

1.    Arrest Date: 9/30/94
      Suspects: Abilio C. Bolarihno; Nestor Rodriguez

2.    Incident Date: 7/17/1997
      Suspect: Benito Castro-Eusebio

3.    Incident Date: 8/18/1997
      Suspects: Lius, Rivera; Denise Rivera

4.    Incident Date: 02/08/2001
      Suspects: Israel Cortez; Miguel Cotto

5.    Incident Date: 03/01/2001
      Suspects: Carmen Hardin; Peter G. Witts

6.    Incident Date: 09/27/2003
      Suspects: Yonny Sean; San Say

7.    Incident Date: 02/13/2004
      Suspects: Curtis Smith; Alicia Luce; Vernon J. Smith; Patricia A. Conroy

8.    Incident Date: 11/20/2004
      Suspects: William Mercier; Lydia Iris Farrell

9.    Incident Date: 03/12/2005
      Suspects: John Dumas; John Crepeau

10.   Arrest Date: 10/09/2005
      Suspects: David Bates

11.   Incident Date: 02/13/2006
      Suspect: Gerald J. Fraize;

12.   Incident Date: 12/07/2007
      Victim: Jason Mahoney

*The United States reserves its right to provide summary evidence of a history/pattern of criminal activity at trial.*

*United States v. 434 Main Street, Tewksbury*, 09-cv-11635-JGD
Specific Incidents to be Presented at Trial

13.   Incident Date: 04/23/2008
      Suspect: Radhames Gonzalez

14.   Incident Date: 10/09/2008
      Suspect: Melanie Quadros

15.   Arrest Date: 11/28/2008
      Suspect: Vincent Cecil

16.   Incident Date: 11/30/2008
      Suspect: Yonny Sean

17.   Incident Date: 11/30/2008
      Suspect: Melanie Quadros

18.   Incident Date: 11/14/2008
      Persons Involved: Keith Moran; Elizabeth Yandow; Christie Sanchez; Miguel Franco;
            Luz Maldanado

19.   Incident Date: 04/08/2010
      Suspects: Rafael Nieves; Branda Jutras

*The United States reserves its right to provide summary evidence of a history/pattern of criminal activity at trial.*