UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 09-11635-JGD |
| 434 MAIN STREET, TEWKSBURY, MASSACHUSETTS, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| RUSSELL H. CASWELL, as Trustee of the Tewksbury Realty Trust, | ) ) | |
| | ) | |
| Claimant. | ) | |

## ORDER ON PARTIES' MOTIONS IN LIMINE

October 9, 2012

DEIN, U.S.M.J.

This matter is before the court on the "United States' Motion in Limine to Exclude Evidence Concerning Criminal Activity at Other Locations" (Docket No. 90) and on the Claimant's "Motion in Limine to Limit the Government's Proposed 'Specific Incidents to be Introduced at Trial' and to Exclude the Government's 'Summary Evidence'" (Docket No. 92). After consideration of the parties' written submissions and their oral arguments, the court hereby ORDERS as follows:

1.  In light of the Claimant's response, the Government's motion to exclude evidence of criminal activity at locations other than the defendant property is DENIED

WITHOUT PREJUDICE. This court will address any such evidence on a case-by-case basis in the context of the trial.

    2.    The Claimant's motion to limit the Government's list of specific incidents, and to exclude the Government's summary evidence, is ALLOWED IN PART and DENIED IN PART as follows:

    a.    The Government may introduce evidence regarding the specific incidents set forth in its list of Specific Incidents to be Presented at Trial, including the incidents dating back to 1994, as long as the witnesses who will testify as to such incidents have been deposed or will be deposed prior to trial, or the Claimant has deposed another officer involved in the incident.

    b.    The parties shall work together to determine which witnesses need to be deposed before trial.

    c.    The Claimant's motion to exclude the Government's proposed summary evidence is ALLOWED. However, if the Government determines that such evidence is necessary at trial, it may make an offer of proof.

    / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge