UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                          )
UNITED STATES OF AMERICA,   )
    PLAINTIFF,                            )
                                                          )   CIVIL ACTION
VS.                                                    )   NO. 09-11635-JGD
                                                          )
434 MAIN STREET, TEWKSBURY, )
MASSACHUSETTS                         )
    DEFENDANT.                           )
_____)
                                                          )
RUSSELL H. CASWELL, Trustee of  )
the Tewksbury Realty Trust,             )
    CLAIMANT.                              )
_____)

## CLAIMANT'S RULE 26(a)(3) PRETRIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(3) and this Court's May 30, 2012 Order Setting Case for Trial [Docket No. 81] ¶ 5, Claimant Russell Caswell provides the following pretrial disclosures:

**(a) Exhibits**

- November 7, 2007 letter from Chief of Detectives John S. Voto to Hotel/Motel Managers in Tewksbury, Massachusetts

Mr. Caswell reserves the right to use charts, graphs, models, schematic diagrams, illustrations, maps, or other similar devices, which although will not be offered into evidence, may be used by his counsel in opening or closing statements. Any such device will be disclosed by October 29, 2012.

**(b) Witnesses**

Claimant will call the following witness at trial:

- Mr. Russell Caswell

Claimant may call the following witnesses at trial if the need arises:

- Lieutenant Robert Budryk
  Tewksbury Police Department

- Lieutenant Thomas M. Casey
  Tewksbury Police Department

- Detective David Godin
  Tewksbury Police Department

- Detective Patrick Harrington
  Tewksbury Police Department

- Detective James Hollis
  Tewksbury Police Department

- Sergeant Timothy W. Kelly
  Tewksbury Police Department

- Detective Markus McMahon
  Tewksbury Police Department

- Detective Brian O'Neill
  Tewksbury Police Department

- Lieutenant Dennis J. Peterson
  Tewksbury Police Department

- Sergeant Mark Perry
  Tewksbury Police Department

- Timothy Sheehan
  Chief of Police
  Tewksbury Police Department

- Lieutenant John S. Voto
  Chief of Detectives
  Tewksbury Police Department

- Jennie Welch
  Tewksbury Police Department

- Special Agent Vincent Kelly
  United States Drug Enforcement Administration

**(c) Deposition Designations**

In the event any of the above-listed "may call" witnesses are unavailable to testify, Mr. Caswell reserves the right to introduce their testimony through deposition under Federal Rule of Civil Procedure 32 and this Court's comments during the Final Pretrial Conference. *See* Tr. of Final Pretrial Conference [Docket No. 94] Oct. 9, 2012, at 27:21-23.

Dated: October 15, 2012

Respectfully submitted,

/s/ Lawrence Salzman
Scott Bullock, *pro hac vice*
Lawrence Salzman, *pro hac vice*
Darpana M. Sheth, *pro hac vice*
Institute for Justice
901 North Glebe Road; Suite 900
Arlington, VA  22203
(703) 682-9320
(703) 682-9321 (fax)
sbullock@ij.org
lsalzman@ij.org

*Attorneys for Claimant*

George W. Skogstrom, Jr. (BBO #552725)
Tiffany L. Pawson (BBO# 672713)
Schlossberg | LLC
35 Braintree Hill Office Park, Ste. 204
Braintree, MA 02184
(781) 848-5028
(781) 848-5096 (fax)
gskogstrom@sabusinesslaw.com
tpawson@sabusinesslaw.com

*Attorneys for Claimant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing CLAIMANT'S RULE 26(a)(3) PRETRIAL DISCLOSURES was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Lawrence Salzman_____
Lawrence Salzman, *pro hac vice*