UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|          Plaintiff, ) | |
| ) | |
|     v. ) | Civil Action No. 09-cv-11635-JGD |
| ) | |
| 434 MAIN STREET ) | |
| TEWKSBURY, MASSACHUSETTS ) | |
|          Defendant. ) | |
| RUSSELL H. CASWELL, ) | |
|          Claimant. ) | |
| ) | |

**UNITED STATES' PRE-TRIAL DISCLOSURES**

In accordance with Federal Rule of Civil Procedure 26(a)(3), Local Rule 16.5(d), and this Court's Order of May 21, 2009 (Docket No. 81), the United States of America (hereinafter, the "Government") provides the following pre-trial disclosures:

**A.    Witnesses**

The Government expects to call the following witnesses at trial:

1. Robert Budryk
   Detective Sergeant (former)
   Tewksbury Police Department

2. Thomas M. Casey
   Lieutenant
   Tewksbury Police Department

3. Michael Cashman
   Special Agent
   Drug Enforcement Administration

4. Thomas Carbone
   Director of Public Health
   Town of Andover

5. Julie Davies
   Mill City Environmental

6. David Godin
   Detective
   Tewksbury Police Department

7. James Hollis
   Detective
   Tewksbury Police Department

8. Marckus McMahon
   Detective
   Tewksbury Police Department

9. Paul Melaragni
   Manager of Multi-Media Technologies
   Massachusetts Attorney General's Office

10. Shawn Murray
    Sergeant
    Massachusetts State Police
    Massachusetts Attorney General's Office

11. Brian O'Neill
    Detective
    Tewksbury Police Department

12. Dennis J. Peterson
    Lieutenant Detective (former)
    Tewksbury Police Department

13. William Pratt
    Forfeiture Support Associates
    c/o Drug Enforcement Administration

14. Bernard Prude
    Motel 6

15. Kimberly Riccardi
    Officer
    Tewksbury Police Department

16. Paul Ringwood
    Detective (former)
    Tewksbury Police Department

17. Timothy Sheehan
    Chief of Police
    Tewksbury Police Department

18. Berthe Toukem

19. John Voto
    Deputy Chief
    Tewksbury Police Department

20. Jennie Welch
    Officer
    Tewksbury Police Department

21. Keeper of Records and other witnesses required for authentication of the exhibits listed in Section B, below

The Government may call the following witnesses at trial, if the need arises:

22. Any witness listed by the Claimant

23. Witnesses required for authentication of any drug certifications associated with testimony from the above-referenced witnesses[1]

The Government reserves its right to supplement this witness list and to call additional witnesses, including rebuttal witnesses.  In addition, the Government reserves the right to call any other witnesses that may be necessary depending upon pre-trial rulings related to Claimant's objections to any of the Government's proposed exhibits.

**B.    Exhibits**

The Government may seek to introduce the following exhibits into evidence at trial:

---

[1] The drug certifications described in this item relate to the nineteen incidents previously identified by the Government and provided to Claimant.  The parties are discussing a stipulation concerning drug certifications; if such stipulation is agreed upon, the need to call this category of witnesses would be obviated.  If the event that the parties cannot reach an agreement, the Government will amend the witness list to identify the individuals who would fall into this category.

1.  Business Card of Julie Davies, Compliance Manager, Mill City Environmental Corporation (produced as USA000437)

2.  Mill City Environmental Corp. Initial Call Sheet reflecting call from Russ Caswell/Motel Caswell (produced as USA000439)

3.  Mill City Environmental Worksheet for Job # MCE-279, including notes and sketches (produced as USA000457-459)

4.  Proposal for Air Monitoring Services, Motel Caswell Project, dated October 18, 2005 (produced as USA000451-452)

5.  Executed Proposal for Air Monitoring Services, Motel Caswell Project, dated October 27, 2005 (produced as USA000440-441)

6.  Mill City Environmental Air Monitoring Report for Caswell Motel, including Figures 1 through 3 (produced as USA000442-450)

7.  Paid Invoice #745 from Mill City Environmental Corporation to Russell Caswell/Motel Caswell (produced as USA000455)

8.  Check, dated October 15, 2005, from Motel Caswell to Mill City Environmental Corporation and Copy of Paid Invoice #745 from Mill City Environmental Corporation to Russell Caswell/Motel Caswell (produced as USA000946)

9.  Letter, dated November 7, 2007, from John S. Voto, Lieutenant, Chief of Detectives, Tewksbury Police Department, to Hotel/Motel Managers in Tewksbury, MA (produced as USA000973)

10. Business Cards of Various Hotels and Motels in Tewksbury, MA (produced as USA000974)

11. Tewksbury Police Department Site Analyses for various Tewksbury, MA Hotels/Motels (produced as USA000975-981)

12. Letter from June W. Stansbury, Special Agent in Charge, New England Field Division, Drug Enforcement Administration, to Russell Caswell (produced as USA000434)

13. Letter from June W. Stansbury, Special Agent in Charge, New England Field Division, Drug Enforcement Administration, to Chief Alfred Donovan, Tewksbury Police Department (produced as USA 000435)

14. Letter from June W. Stansbury, Special Agent in Charge, New England Field

       Division, Drug Enforcement Administration, to Thomas Carbone, Board of Health (produced as USA000436)

15. Letter, dated October 24, 2005, from June W. Stansbury, Special Agent in Charge, New England Field Division, Drug Enforcement Administration, to Thomas Carbone, Board of Health (produced as USA000778)

16. Photographs of October 2005 Methamphetamine Incident (produced on DVD as USA000463)

17. News Center 6 Segment, aired October 3, 1994, on Lowell Cable Television

18. Court and police records relating to criminal drug activity associated with testimony from the witnesses identified in Section A, above[2]

19. Aerial photograph of Defendant Property containing information relating to criminal drug activity associated with testimony from the witnesses identified in Section A, above

20. Drug certifications or test results associated with testimony from the witnesses identified in Section A, above

21. Any exhibit listed by the Claimant

The Government reserves its right to supplement this exhibit list and to identify and introduce additional exhibits, including exhibits required for rebuttal. In addition, the Government reserves the right to identify any other exhibits that may be necessary depending

---

[2] The criminal drug activity referred to in exhibits 18 through 20 listed in Section B are the nineteen incidents previously identified by the Government and provided to Claimant.

upon pre-trial rulings related to Claimant's objections to any of the Government's proposed exhibits.

                                      Respectfully submitted,

                                      CARMEN M. ORTIZ
                                      United States Attorney

By:   /s/ Sonya A. Rao
       SONYA A. RAO
       ANTON GIEDT
       VERONICA M. LEI
       Assistant United States Attorney
       United States Attorney Office
       1 Courthouse Way, Suite 9200
       Boston, MA 02210

Date: October 15, 2012               (617) 748-3100

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 15, 2012.

                                      /s/ Sonya A. Rao
                                      SONYA A. RAO
Date: October 15, 2012             Assistant United States Attorney